UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

                                          Chapter 7

    CHAU XAO MA MA,                        Case No. 26-40216-ess

                           Debtor.

----------------------------------------------------------x

## ORDER DISMISSING CASE

WHEREAS, on January 15, 2026, Chau Xao Ma Ma (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, David J. Doyaga was appointed as Chapter 7 trustee in this case (the "Trustee"); and

WHEREAS, on April 2, 2026, the Trustee filed a motion to dismiss this case (the "Motion"), on grounds, among others, that the Debtor failed to appear at the meeting of creditors required by Bankruptcy Code Section 341 (the "Section 341 Meeting of Creditors"); and

WHEREAS, from time to time, and on July 8, 2026, the Court held a hearing on the Trustee's Motion, at which the Debtor did not appear; and

WHEREAS, as of the date of this Order, the Debtor has not appeared at the Section 341 Meeting of Creditors.

NOW THEREFORE, it is hereby

ORDERED, that, based on the entire record, including the record of the July 8, 2026, hearing, the Debtor's case is dismissed for failure to appear at the Section 341 Meeting of Creditors as required by Bankruptcy Code Sections 341 and 707(a).



Dated: Brooklyn, New York
July 9, 2026

Elizabeth S. Stong
United States Bankruptcy Judge

2

TO:


*Debtor*
**Chau Xao Ma Ma**
47-11 208 Street
Bayside, NY 11361

**Xue Jing Huang**
Huang, Chen, Wu & Zhu PLLC
3808 Union Street
Suite 9b
Flushing, NY 11354

*Trustee*
**David J. Doyaga**
David J. Doyaga, Trustee
26 Court Street
Suite 1803
Brooklyn, NY 11242

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014