# Notice Recipients

District/Off: 0207−1                    User: admin                    Date Created: 7/10/2026

Case: 1−26−40216−ess                   Form ID: 227                   Total: 8


**Recipients of Notice of Electronic Filing:**
aty          Xue Jing Huang          xhuang@hcwlawgroup.com

                                                                          TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Chau Xao Ma Ma       47−11 208 Street        Bayside, NY 11361
tr           David J. Doyaga       David J. Doyaga, Trustee      26 Court Street      Suite 1803      Brooklyn, NY 11242
aty          David J. Doyaga       David J. Doyaga, Trustee      26 Court Street      Suite 1803      Brooklyn, NY 11242
smg          NYS Department of Taxation & Finance        Bankruptcy Unit       PO Box 5300       Albany, NY 12205
smg          NYS Unemployment Insurance        Attn: Insolvency Unit       Bldg. #12, Room 256       Albany, NY 12240
smg          Office of the United States Trustee       Eastern District of NY (Brooklyn)        Alexander Hamilton Custom
             House       One Bowling Green, Room 510        New York, NY 10004−1408
10639960     United International/208 street nyLLC        50 Jones Street        New Hyde Park NY 11040

                                                                          TOTAL: 7