United States Bankruptcy Court

Eastern District of New York

In re:

Chau Xao Ma  Ma

    Debtor

Case No. 26-40216-ess

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 227 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chau Xao Ma Ma, 47-11 208 Street, Bayside, NY 11361-3214 |
| 10639960 | + | United International/208 street nyLLC, 50 Jones Street, New Hyde Park NY 11040-1648 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDJDOYAGA.COM | Jul 10 2026 22:14:00 | David J. Doyaga, David J. Doyaga, Trustee, 26 Court Street, Suite 1803, Brooklyn, NY 11242-1118 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 10 2026 18:14:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jul 10 2026 18:14:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jul 10 2026 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | David J. Doyaga, David J. Doyaga, Trustee, 26 Court Street, Suite 1803, Brooklyn, NY 11242-1118 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026          Signature:      /s/Gustava Winters

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 227 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

**Name**      **Email Address**

David J. Doyaga

on behalf of Trustee David J. Doyaga david.doyaga.sr@gmail.com  NY98@ecfcbis.com,theresa@doyagalawfirm.com

David J. Doyaga

david.doyaga.sr@gmail.com  NY98@ecfcbis.com,theresa@doyagalawfirm.com

Office of the United States Trustee

USTPRegion02.BR.ECF@usdoj.gov

Xue Jing Huang

on behalf of Debtor Chau Xao Ma Ma xhuang@hcwlawgroup.com  info@huanglawgroup.com

TOTAL: 4

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | Chau Xao Ma Ma | Social Security number or ITIN:  xxx–xx–6621 |
| | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2: | | Social Security number or ITIN:  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of New York | | Date case filed for chapter:          7      1/15/26 |
| Case number:   1–26–40216–ess | | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above‑named debtor(s) having filed a Chapter 7 petition in bankruptcy on January 15, 2026, and an order having been signed by the Honorable Elizabeth S. Stong , United States Bankruptcy Judge, on July 9, 2026 for the dismissal of said petition.

You are notified that the petition of the above‑named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: July 10, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]